| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>BURNS, MICHELLE H. | 2. Court or Organization<br><br>Phoenix, District Court | 3. Date of Report<br><br>11/07/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>Sandra Day O'connor Courthouse<br>401 W. Washinton St. SPC 12<br>Phoenix, Arizona 85003-2146 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 11/07/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Burns, Nickerson, and Taylor, ▌-Corp. salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Federal Bar Association | 01/27/2012-01/28/12 | Tucson, Arizona | Board Meeting | transportation, hotel, meals |
| 3. | Federal Bar Association | 06/21/2012-06/22/2012 | Providence, Rhode Island | Board Meeting | hotel, transportation, meals |
| 4. | Federal Bar Association | 03/29/12-04/01/2012 | Arlington, Virginia | Board Meeting | transportation, hotel, meals |
| 5. | Federal Bar Association | 09/19/2012-09/23/2012 | San Diego, California | Annual Convention, Board Meeting | transportation, hotel, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BURNS, MICHELLE H. | 11/07/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Interest Checking Account Bank of America | A | Interest | J | T | | | | | |
| 2.  Partnership - Burns Fulton | C | Distribution | L | U | | | | | |
| 3.  Interest checking wells fargo bank | A | Interest | J | T | | | | | |
| 4.  Fidelity Ibvestments Brokerage Account | | | | | | | | | |
| 5.  ---Fidelity Cash Account | A | Interest | N | T | | | | | |
| 6.  ---Blackrock Emerg. Mkts. | A | Dividend | J | T | Buy | 02/03/12 | J | | |
| 7.  IRA #1 | | | | | | | | | |
| 8.  --Fidelity Small Cap | A | Dividend | J | T | | | | | |
| 9.  --Fidelity ContraFund | A | Dividend | J | T | | | | | |
| 10.  --Fidelity Equity Income | A | Dividend | J | T | | | | | |
| 11.  --Fidelity Dividend Growth | A | Dividend | J | T | | | | | |
| 12.  --Fidelity Export and intern'l | A | Dividend | J | T | | | | | |
| 13.  --Fidelity int'l discovery | A | Dividend | J | T | | | | | |
| 14.  --Nokia OYJ ADR | A | Dividend | J | T | | | | | |
| 15.  --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 16.  --Yum! Brank Inc. | A | Dividend | J | T | | | | | |
| 17.  --Mathews China Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Cisco SysInc | A | Dividend | J | T | | | | | |
| 19. --General Electric | A | Dividend | J | T | | | | | |
| 20. IRA #2 | | | | | | | | | |
| 21. --Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 22. --Fidelity Equity Income | A | Dividend | J | T | | | | | |
| 23. --Fidelity Equity Income II | A | Dividend | J | T | | | | | |
| 24. --Fidelity Cash Reserves | A | Interest | K | T | | | | | |
| 25. IRA #3 | | | | | | | | | |
| 26. --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 27. --Intel Corp. | A | Dividend | J | T | | | | | |
| 28. IRA #4 | | | | | | | | | |
| 29. --Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 30. IRA #5 (SEP) | | | | | | | | | |
| 31. --Fidelity Stock Selector | A | Dividend | K | T | | | | | |
| 32. --Fidelity Asset Mgr | A | Dividend | K | T | | | | | |
| 33. --Fidelity ContraFund | A | Dividend | K | T | | | | | |
| 34. --Fidelity Low Price Stock | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Fidelity Value Fund | A | Dividend | L | T | | | | | |
| 36. --Fidelity Cash Reserves | A | Interest | L | T | | | | | |
| 37. IRA #6 | | | | | | | | | |
| 38. ---U.S. Treasury Strips | A | Interest | | | Sold | 11/11/11 | J | | |
| 39. ---Retirement Reserves CL 1 | A | Interest | | | Sold | 11/11/11 | J | | |
| 40. --Blackrock Glbal | A | Dividend | J | T | Buy | 11/11/11 | J | | |
| 41. Trust #1 | | | | | | | | | |
| 42. --Amgen | A | Dividend | J | T | | | | | |
| 43. --BMY | A | Dividend | J | T | | | | | |
| 44. --VOD | A | Dividend | J | T | | | | | |
| 45. --ZMH | A | Dividend | J | T | | | | | |
| 46. Trust #2 | | | | | | | | | |
| 47. --SBC Communications now AT&T | A | Dividend | J | T | | | | | |
| 48. Nationwide Retirement Solutions - deferred compensation acct | | | | | | | | | |
| 49. --Fidelity Contrafund | B | Dividend | N | T | | | | | |
| 50. --Vanguard Inst Index fund | | | | | Sold | 02/20/09 | J | | |
| 51. ---Putnam Voyager Fund | | | | | Sold | 04/05/07 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 11/07/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Amer Cen Ultra Fund | A | Dividend | K | T | Sold | 04/05/07 | J | | |
| 53. --State Str. Eq S&P 500 | A | Dividend | J | T | Buy | 02/20/09 | J | | |
| 54. Real Estate in Paradise Valley, Arizona | E | Rent | | | Sold | 06/19/12 | O | G | |
| 55. Fidelity 529 Education Account | | | | | | | | | |
| 56. --NH Portfolio 2015 | A | Dividend | K | T | | | | | |
| 57. Fidelity 529 Education Account | | | | | | | | | |
| 58. --NH Portfolio 2012 | A | Dividend | K | T | | | | | |
| 59. Lawson Financial-Muni Bonds -John C. Lincoln Hosp | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BURNS, MICHELLE H.** | 11/07/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part VII, lines 38-40: these transactions ocurred in 2011, and were inadvertently left off of the 2011 report.

Regarding Part VII, lines 48-53: this is _____ retirement account, and the stocks bought and sold in 200 and 2009 were inadvertently left off of those reports.

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, MICHELLE H. | 11/07/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MICHELLE H. BURNS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544